DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SECURITY NATIONAL INSURANCE COMPANY,**
Appellant,

v.

**ASSOCIATESMD IN FAMILY PRACTICE OF BROWARD, LLC** a/a/o
**JACKTIL CHARLES,**
Appellee.

No. 4D2021-3244

[November 13, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Gonzalez Levine, Judge; L.T. Case No. COWE20-20762.

Anthony J. Parrino and Jennifer W. Opiola of Reynolds Parrino & Shadwick PA, St. Petersburg, and Olga Acosta Farmer of Law Offices of Sanabria & Marsh, Oklahoma City, Oklahoma, for appellant.

Chad A. Barr and Dalton Gray of Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellee.

PER CURIAM.

*Reversed. See Allstate Ins. Co. v. Revival Chiropractic, LLC*, 385 So. 3d 107 (Fla. 2024).

WARNER, GROSS and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***